JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JETHRO HACKWORTH, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:21-cv-00951-DOC-KESx |
| v. | |
| UNITED STATES OF AMERICA, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                             United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ District Court lacks jurisdiction
- ☒ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☒ Other: Plaintiff fails to plead facts plausibly connecting his alleged injuries to U.S. government action.

Comments:

Plaintiff alleges as follows: In May 2021, he was in his car at a temple when he was surrounded by 200 bikers. They punched him and took his car keys but later returned them. This is only the "most recent" incident of U.S. government abuse. Prior abuse includes "years of stalking, illegal photographing, recording, ... food tampering, theft, assault, break ins," and attempted murder by draining his car's brake fluid. No one will tell him "why [he is] being targeted." His Federal Tort Claims Act claim was denied on April 21, 2021.

June 1, 2021                     *Karen E. Scott*
Date                             United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above).  IT IS FURTHER ORDERED that:
    - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
    - ☒ This case is hereby DISMISSED immediately.
    - ☐ This case is hereby REMANDED to state court.

June 4, 2021                     *David O. Carter*
Date                             United States District Judge